IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PING WANG, EMILY LEHNES, EMILY RAMOS, JENNIFER KILKUS, and JOHN DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF MERCER UNIVERSITY,<br><br>Defendant. | Civil Action No.: 5:23-cv-00193-TES<br><br>Hon. Tilman E. Self, III |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

PLEASE TAKE NOTICE that Plaintiffs Ping Wang, Emily Lehnes, Emily Ramos, Jennifer Kilkus, and John Doe, (collectively, "Plaintiffs") on behalf of themselves and all others similarly situated (the "Class" or "Settlement Class"), upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards, the Declaration of William B. Federman in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards and all prior pleadings and proceedings had herein, Plaintiffs move this Court for entry of an Order awarding attorneys' fees, expenses, and service awards in the combined total amount of $300,000.00.[1]

Dated:  February 3, 2025               Respectfully submitted,

                                       /s/ William B. Federman
                                       William B. Federman
                                       (*admitted pro hac vice*)
                                       **FEDERMAN & SHERWOOD**

---

[1] A proposed order will be submitted with Plaintiffs' forthcoming Motion for Final Approval of Class Action Settlement.

1

10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
E:wbf@federmanlaw.com

Kevin Laukaitis
(*admitted pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman

2