UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PING WANG, EMILY LEHNES, EMILY RAMOS, JENNIFER KILKUS, and JOHN DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CORPORATION OF MERCER UNIVERSITY,<br><br>    Defendant. | Case No. 5:23-cv-00193-TES |

**DEFENDANT THE CORPORATION OF MERCER UNIVERSITY'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Defendant The Corporation of Mercer University notifies the Court that it does not oppose the relief sought by Plaintiffs Ping Wang, Emily Lehnes, Emily Ramos, Jennifer Kilkus, and John Doe in their Motion for Final Approval of Class Action Settlement initially filed with the Court on April 3, 2025 (Dkt. No. 39) and refiled on April 7, 2025 (Dkt. No. 42).

Date: April 15, 2025

BAKER & HOSTETLER LLP

*/s/ Chelsea M. Lamb*
Christopher A. Wiech
Georgia Bar. No. 757333
cwiech@bakerlaw.com
Chelsea M. Lamb
Georgia Bar. No. 524879
clamb@bakerlaw.com
1170 Peachtree Street, N.E., Suite 2400
Atlanta, GA  30309-7676
Telephone: 404.459.0050
Facsimile: 404.459.5734

*Counsel for Defendant The Corporation of Mercer University*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the E-Filing Portal, which will send a Notice of Electronic Filing to all counsel of record.

                                                */s/ Chelsea M. Lamb*
                                                CHELSEA M. LAMB
                                                Georgia Bar. No. 524879